# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1685
LT Case No. 2024-SC-023634

_____

CELESA VINES,

Appellant,

v.

MR. WILLS EASTSIDE AUTO
SALES, INC.,

Appellee.

_____

On appeal from the County Court for Duval County.
Audrey McKibbin Moran, Judge.

Celesa Vines, Jacksonville, pro se.

No Appearance for Appellee.

August 6, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____